AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

# UNITED STATES DISTRICT COURT
### for the

14 APR -4 P12 :57

## District of Kansas

CLERK, U.S. DISTRICT COURT
BY: _____ DEPUTY CLERK
AT WICHITA, KS

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   14-cr-10057-03-JTM |
| DUSTELIA D. WATTS | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    DUSTELIA D. WATTS                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

  Did with intent to defraud possess forged US Federal Reserve Notes.

  See attached indictment for additional charges.

Date:    04/02/2014                                              S/ A. Anderson
                                                                      *Issuing officer's signature*

City and state:      Wichita, Kansas                             Timothy M. O'Brien, Clerk of Court
                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/2/14 , and the person was arrested on *(date)* 4/4/14 at *(city and state)* Wichita Ks . |
| Date: 4/4/14          For          _____ USSS          *Arresting officer's signature*          Jacob Hilton  DUSA          *Printed name and title* |